# In the United States District Court for the Southern District of Georgia
## Waycross Division

```
GLENN M. GRAY,

    Plaintiff,
                                        CV 525-145
    v.

CITY OF WAYCROSS, et al.,

    Defendants.
```

### ORDER

By Order dated December 3, 2025, the Court denied Plaintiff's motion for leave to proceed *in forma pauperis* and gave Plaintiff twenty-one (21) days to pay the full filing fee. Dkt. No. 5. The Court warned Plaintiff that his failure to pay the filing fee by that date would result in the dismissal of this action without prejudice. Id.; see also S.D. Ga. L.R. 4.2. Plaintiff has paid no filing fee, and the time for doing so has passed. Accordingly, Plaintiff's claims against Defendants are **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 23 day of January, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA